UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| FRED DOYLE HARDEN, | No. C 10-04155 MEJ |
| Plaintiff(s), | **ORDER VACATING CMC** |
| v. | **ORDER RE CASE STATUS** |
| CITY OF CLAYTON, | |
| Defendant(s). | |
| _____/ | |

This matter is currently scheduled for a case management conference on December 23, 2010. However, there have been no filings in this case since the initial complaint. Accordingly, the Court VACATES the December 23 c.m.c. and ORDERS Plaintiff to file a status report by January 6, 2011.

**IT IS SO ORDERED.**

Dated: December 17, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge