UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| FRED DOYLE HARDEN,<br><br>              Plaintiff,<br>   v.<br>CITY OF CLAYTON, et al.,<br><br>              Defendants.<br>_____/ | No. C 10-04155 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On September 16, 2010, Plaintiff filed the above-captioned complaint. As there is no indication that any of the defendants have been served, the Court ordered Plaintiff to file a status report by January 6, 2011. (Dkt. #3.) Plaintiff failed to respond.

Based on Plaintiff's inaction, the Court hereby ORDERS Plaintiff Fred Doyle Harden to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by February 24, 2011, and the Court shall conduct a hearing on March 3, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 2, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FRED DOYLE HARDEN,

        Plaintiff,

  v.

CITY OF CLAYTON,

        Defendant.
                                         /

Case Number: 10-04155 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

J. Michael Brown
Law Office of J. Michael Brown
5510 Sunol Blvd
Ste 5
Pleasanton, CA 94566

Dated: February 2, 2011

                                            Richard W. Wieking, Clerk
                                            By: Brenda Tolbert, Deputy Clerk