UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| FRED DOYLE HARDEN,<br><br>          Plaintiff,<br>     v.<br>CITY OF CLAYTON, et al.,<br><br>          Defendants.<br>_____/ | No. C 10-04155 MEJ<br><br>**ORDER DISCHARGING OSC**<br><br>**ORDER SCHEDULING CMC** |

On February 2, 2011, the Court ordered Plaintiff Fred Doyle Harden to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. The Court is now in receipt of Plaintiff's counsel's declaration in response. Good cause appearing, the Court DISCHARGES the order to show cause. The Court shall conduct a case management conference on April 14, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All deadlines shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: February 25, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge