UNITED STATES  DISTRICT COURT

Northern District of California

FRED DOYLE HARDEN,                                  No. C 10-04155 MEJ

               Plaintiff,                         **ORDER VACATING CMC**

    v.

CITY OF CLAYTON, et al.,

               Defendants.

_____/

    This matter is currently scheduled for a case management conference on April 14, 2011. However, as there is a pending motion to dismiss, the Court VACATES the c.m.c., and shall reschedule it, if necessary, upon resolution of the motion to dismiss.

    **IT IS SO ORDERED.**

Dated: April 6, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**