UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| FRED DOYLE HARDEN, | No. C 10-04155 MEJ |
| Plaintiff, | **SECOND ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF CLAYTON, et al., | |
| Defendants. | |

On March 24, 2011, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of May 5, 2011. (Dkt. #7.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by April 14, 2011; however, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the May 5 hearing and ORDERS Plaintiff Fred Doyle Harden to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by April 28, 2011, and the Court shall conduct a hearing on May 19, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: April 19, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge