1
2
3
4          UNITED STATES  DISTRICT COURT
5             Northern District of California
6
7    FRED DOYLE HARDEN,                    No. C 10-04155 MEJ
8              Plaintiff,                   **ORDER DISCHARGING SECOND**
9        v.                                 **OSC**
     CITY OF CLAYTON, et al.,
10
              Defendants.
11   _____/
12
13        On April 19, 2011, the Court ordered Plaintiff Fred Doyle Harden to show cause why this

14   case should not be dismissed for failure to oppose Defendants' motion to dismiss Plaintiff's state

15   causes of action.  The Court is now in receipt of the parties' stipulation to dismiss the state causes of

16   action.  Good cause appearing, the Court DISCHARGES the order to show cause.  The Court shall

17   conduct a case management conference on June 16, 2011 at 10:00 a.m. in Courtroom B, 15th Floor,

18   450 Golden Gate Avenue, San Francisco, California.  All deadlines shall be adjusted accordingly.

19        **IT IS SO ORDERED.**

20
21   Dated: May 2, 2011

22                                          _____
                                           Maria-Elena James
23                                         Chief United States Magistrate Judge

24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**