# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| FRED DOYLE HARDEN, | No. C 10-4155 MEJ |
| Plaintiff, | **ORDER VACATING CMC** |
| v. | |
| CITY OF CLAYTON, et al., | |
| Defendants. | |
| _____/ | |

This matter is currently scheduled for a hearing regarding Defendant's Motion to Dismiss on June 30, 2011. Accordingly, the June 16, 2011 Case Management Conference is VACATED pending resolution of the motion to dismiss.

**IT IS SO ORDERED.**

Dated: May 27, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**