UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| FRED DOYLE HARDEN, | No. C 10-04155 MEJ |
| Plaintiff(s), | **THIRD ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF CLAYTON, | |
| Defendant(s). | |

On May 18, 2011, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of June 30, 2011. (Dkt. #19.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by June 9, 2011; however, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the June 30 hearing and ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 23, 2011, and the Court shall conduct a hearing on July 7, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 14, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge