JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF CLAYTON; DAN LAWRENCE CHIEF OF POLICE
OF THE CITY OF CLAYTON; CLAYTON POLICE OFFICER
R. ENEA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED DOYLE HARDEN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CLAYTON; DAN LAWRENCE, CHIEF OF POLICE OF THE CITY OF CLAYTON; CLAYTON POLICE OFFICER R. ENEA; CLAYTON POLICE SERGEANT CRAIN; CLAYTON POLICE SERGEANTS DOES ONE THROUGH TEN; CLAYTON POLICE OFFICERS DOES ELEVEN THROUGH TWENTY; TERRY ELM; STATE OF CALIFORNIA DEPARTMENT OF JUSTICE EMPLOYEES DOES TWENTY ONE THROUGH THIRTY;,<br><br>Defendant. | Case No. C10-04155 MEJ<br><br>STIPULATION AND [PROPOSED] ORDER TO RELEASE RECORDS AND INFORMATION SEALED PURSUANT TO CALIFORNIA PENAL CODE SECTION 851.8<br><br>Judge: Hon. Maria Elena James |

The parties, by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS Plaintiff Fred Doyle Harden, ("Plaintiff") was arrested by an officer(s) of the City of Clayton on or about September 21, 2008.

WHEREAS pursuant to California Penal Code Section 851.8(k), the parties hereby agree and stipulate to the release of any and all records and information related to the arrest of Plaintiff

STIPULATION AND ORDER TO RELEASE RECORDS
SEALED PURSUANT TO PC § 851.8 -- C10-04155 MEJ

1  on September 21, 2008, and his subsequent prosecution. The records and information sought
2  were subsequently sealed pursuant to California Penal Code Section 851.8.

3  WHEREAS California Penal Code Section 851.8(k) states "No records shall be destroyed
4  pursuant to subdivision (a), (b), (c), (d), or (e) if the arrestee or a codefendant has filed a civil
5  action against the peace officers or law enforcement jurisdiction which made the arrest or
6  instituted the prosecution and if the agency which is the custodian of the records has received a
7  certified copy of the complaint in the civil action, until the civil action has been resolved. Any
8  records sealed pursuant to this section by the court in the civil actions, upon a showing of good
9  cause, may be opened and submitted into evidence. The records shall be confidential and shall be
10 available for inspection only by the court, jury, parties, counsel for the parties, and any other
11 person authorized by the court. Immediately following the final resolution of the civil action,
12 records subject to subdivision (a), (b), (c), (d), or (e) shall be sealed and destroyed pursuant to
13 subdivision (a), (b), (c), (d), or (e)." Cal. Pen. Code § 851.8(k).

14 WHEREAS the records and information are necessary for the prosecution, defense and
15 evaluation of this pending civil lawsuit.

16 WHEREAS the parties intend this order to be applicable to the Clayton Police
17 Department, the Contra Costa County District Attorney's office, the Department of Justice and
18 any other police or other local, state or federal agency that may have records or information
19 related to the above referenced arrest and prosecution.

20 WHEREAS the parties further stipulate that this order extend to any and all relevant
21 documentation, reports or information arising from conduct related to the above arrest and
22 prosecution, including but not limited to any reports related to Plaintiff's 1997 arrest and
23 prosecution, if any such records are so sealed or otherwise unobtainable without a court order.

24 WHEREAS the parties further stipulate that any and all information and/or documentation
25 obtained pursuant to this order will be treated as CONFIDENTIAL pursuant to Cal. Pen. Code §
26 851.8(k) and are to be disclosed only to counsel of record for the parties and to any other persons,
27 including but not limited to lay or expert witnesses, for whom review of the records is necessary
28 to prepare for trial or other aspects of this litigation.

WHEREAS the parties further stipulate that pursuant to Cal. Pen. Code § 851.8(k), immediately following the final resolution of the civil action, including any and all appeals related to this civil case, records subject to subdivision (a), (b), (c), (d), or (e) shall be returned to counsel for the Plaintiff in this matter so that Plaintiffs' counsel can ensure that the records are sealed and destroyed pursuant to subdivision (a), (b), (c), (d), or (e) of Cal. Pen. Code § 851.8(k).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 23, 2011            McNamara, Ney, Beatty, Slattery,
                                Borges & Ambacher LLP

                                By: __/s/ Noah G. Blechman_____
                                    James V. Fitzgerald, III
                                    Noah G. Blechman
                                    Attorneys for Defendant
                                    CITY OF CLAYTON; DAN LAWRENCE CHIEF OF POLICE OF THE CITY OF CLAYTON; CLAYTON POLICE OFFICER R. ENEA

Dated: June ____, 2011          Law Office of J. Michael Brown

                                By: _____
                                    J. Michael Brown
                                    Attorney for Plaintiff
                                    FRED DOYLE HARDEN

Dated: June 23, 2011            California Attorney General's Office

                                By: __/s/ Wil Fong_____
                                    Wil Fong
                                    Attorney for Defendant
                                    TERRY ELM

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**As such, any and all records and information related to the arrest of Fred Doyle Harden, ("Plaintiff") on September 21, 2008, and his subsequent prosecution are hereafter ordered unsealed pursuant to California Penal Code Section 851.8(k) and ordered disclosed to the attorneys of record in this matter, solely for the purposes of this pending civil matter**

1    WHEREAS the parties further stipulate that pursuant to Cal. Pen. Code § 851.8(k),
2 immediately following the final resolution of the civil action, including any and all appeals
3 related to this civil case, records subject to subdivision (a), (b), (c), (d), or (e) shall be returned to
4 counsel for the Plaintiff in this matter so that Plaintiffs' counsel can ensure that the records are
5 sealed and destroyed pursuant to subdivision (a), (b), (c), (d), or (e) of Cal. Pen. Code § 851.8(k).

6

7    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

8  Dated: June ____, 2011          McNAMARA, NEY, BEATTY, SLATTERY,
                                   BORGES & AMBACHER LLP
9
10                                 By: _____
                                       James V. Fitzgerald, III
11                                     Noah G. Blechman
                                       Attorneys for Defendant
12                                     CITY OF CLAYTON; DAN LAWRENCE CHIEF OF
                                       POLICE OF THE CITY OF CLAYTON; CLAYTON
13                                     POLICE OFFICER R. ENEA

14  Dated: June 22, 2011           LAW OFFICE OF J. MICHAEL BROWN

15                                 By: _____
                                       J. Michael Brown
16                                     Attorney for Plaintiff
                                       FRED DOYLE HARDEN
17

18  Dated: June ____, 2011         CALIFORNIA ATTORNEY GENERAL'S OFFICE

19                                 By: _____
                                       Wil Fong
20                                     Attorney for Defendant
                                       TERRY ELM
21

22
                                         **ORDER**
23

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25  As such, any and all records and information related to the arrest of Fred Doyle

26  Harden, ("Plaintiff") on September 21, 2008, and his subsequent prosecution are hereafter

27  ordered unsealed pursuant to California Penal Code Section 851.8(k) and ordered disclosed

28  to the attorneys of record in this matter, solely for the purposes of this pending civil matter

regarding the circumstances surrounding that 2008 arrest, and are deemed "Confidential" per the above listed parameters agreed to by the parties and per California Penal Code Section 851.8(k). This order is also applicable to any records sealed or unobtainable other than by Court order related to the facts and circumstances surrounding Plaintiff's 1997 arrest and prosecution, if necessary.

**IT IS SO ORDERED.**

Dated: June 23, 2011         By: _____
                                 Hon. Maria Elena James
                                 United States Magistrate Judge