J. MICHAEL BROWN  #38995
LAW OFFICE OF J. MICHAEL BROWN
5510 SUNOL BLVD., SUITE 5
PLEASANTON, CA 94566
TEL: (925) 484-2200
E-MAIL: jmb@mbrown-law.com

Attorney for Harden Fred Doyle Harden

JAMES V. FITZGERALD III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER, LLP.
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone:  (925) 939-5330
Facsimile:   (925) 939-0203

Attorneys for Defendants CITY OF CLAYTON,
DAN LAWRENCE CHIEF OF POLICE OF THE CITY OF CLAYTON,
CLAYTON POLICE OFFICER R. ENEA

KAMALA D. HARRIS
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General
WILFRED FONG (State Bar No. 154303)
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510)622-2114
Fax: (510)622-2121
E-mail: Wil.Fong@doj.ca.gov

Attorneys for Defendant Terry Elm

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED DOYLE HARDEN,<br><br>　　　　　Harden,<br><br>　vs.<br><br>CITY OF CLAYTON; et al.,<br><br>　　　　　Defendants. | Case No.:   C10-04155-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DISCOVERY AND OTHER DEADLINES**<br><br>Judge:　　　Hon. Maria-Elena James<br>Dept:　　　 Courtroom:  B - 15th Floor |

The parties to the above-entitled action jointly submit this Stipulation and [Proposed] Order for an extension of some of the discovery and other deadlines set in this case per the good cause showing set forth below. The parties, by and through their respective attorneys of record, hereby stipulate to the following:

1. WHEREAS this matter is a civil rights case arising out of the arrest of Plaintiff by officers of the Clayton Police Department, which arrest Plaintiff alleges was without probable cause;

2. WHEREAS the expert disclosure deadline is currently set for April 27, 2012, with the expert rebuttal disclosure date of May 7th;

3. WHEREAS currently the deadline for all fact and expert discovery is May 22, 2012;

4. WHEREAS the current deadline to file and serve dispositive motions is June 21, 2012, with a dispositive motion hearing date of July 26, 2012;

5. WHEREAS the parties are ordered to meet and confer regarding preparation of the joint pretrial conference statement by September 26, 2012 and pretrial filings are to be filed starting by October 11, 2012.

6. WHEREAS the initial pretrial conference in this matter is currently set for October 25th and the final pretrial conference is set for November 22nd (Thanksgiving Day). Trial in this matter is scheduled for November 26, 2012;

7. WHEREAS the parties seek to defer expert disclosures and discovery until following a ruling by the Court on any dispositive motions filed in this matter, which are anticipated by Defendants. This way, the parties can conserve resources of retaining and deposing experts pending the outcome of any dispositive motions which may moot the issue as parties may be dismissed.

8. WHEREAS the parties also seek to have the final pretrial conference date moved from November 22nd, Thanksgiving Day, likely a calendaring oversight by the Court as the Court is likely closed, to another date prior to Thanksgiving Day.

9. WHEREAS the parties were set to attend the court sponsored and ordered mediation with Mr. Amitai Schwartz, Esq. on March 6, 2012, the date of the deadline to mediate per information

from the mediator, but were informed only days prior to that date that Mr. Schwartz's mother was likely dying shortly so Mr. Schwartz had to continue the mediation. The parties are awaiting Mr. Schwartz's initiations of discussions to reset this mediation, which does appear likely to occur until late March or early April. Therefore, the parties also seek to extend the deadline for ADR.

10. WHEREAS the parties seek to modify the current schedule, as listed in the Court's Case Management Order, Document 44, e-filed by the Court on December 8, 2011, as listed below. Should the Court want the parties to attend a hearing or telephonic conference call to discuss these issues, the parties are so willing and defer to the Court on that issue.

### Schedule

| Event | Current Deadlines | Proposed New Deadlines |
|---|---|---|
| Deadline to complete mediation | March 6, 2012 | April 11, 2012 |
| Expert Disclosure Deadline | April 27, 2012 | August 24, 2012 |
| Rebuttal Expert Disclosure Deadline | May 7, 2012 | September 4, 2012 |
| Completion of Fact Discovery | May 22, 2012 | No change. |
| Completion of Expert Discovery | May 22, 2012 | September 21, 2012 |
| Dispositive Motion Hearing | July 26, 2012 | No change. |
| Initial Pretrial Conference | October 25, 2012 | No change. |
| Final Pretrial Conference | November 22, 2012 | Per Court's Availability |
| Trial Date | November 26, 2012 | No change. |

IT IS SO STIPULATED

Dated: March 12, 2012          /s/ J. Michael Brown
                               J. MICHAEL BROWN
                               Attorney for Plaintiff

/ / /

STIPULATION AND ORDER FOR EXTENSION OF

Dated: March 12, 2012          /s/ Noah G. Blechman
                               JAMES V. FITZGERALD III / NOAH G. BLECHMAN, Attorneys for City of Clayton Defendants

Dated: March 12, 2012          /s/ Wilfred Fong
                               WILFRED FONG, Deputy Attorney General, Attorney for Defendant Terry Elm

## ORDER

Pursuant to stipulation and on a showing of good cause, the court hereby orders the following changes to be made to the current deadlines in this case.

| Event | Current Deadlines | New Deadlines |
|---|---|---|
| Deadline to complete mediation | March 6, 2012 | April 11, 2012 |
| Expert Disclosure Deadline | April 27, 2012 | August 24, 2012 |
| Rebuttal Expert Disclosure Deadline | May 7, 2012 | September 4, 2012 |
| Completion of Fact Discovery | May 22, 2012 | No change (May 22, 2012) |
| Completion of Expert Discovery | May 22, 2012 | September 21, 2012 |
| Dispositive Motion Hearing | July 26, 2012 | No change (July 26, 2012) |
| Initial Pretrial Conference | October 25, 2012 | No change (October 25, 2012) |
| Final Pretrial Conference | November 22, 2012 | Per Court's Availability |
| Trial Date | November 26, 2012 | No change (November 26, 2012) |

All other dates, deadlines and protocols ordered in this matter shall remain unchanged.

IT IS SO ORDERED.

Dated: March 12, 2012    By: _____
                         Honorable Maria-Elena James
                         United States Magistrate Judge