1 KAMALA D. HARRIS
Attorney General of California
2 TYLER B. PON
Supervising Deputy Attorney General
3 WILFRED FONG
Deputy Attorney General
4 State Bar No. 154303
 1515 Clay Street, 20th Floor
5 P.O. Box 70550
 Oakland, CA 94612-0550
6 Telephone: (510) 622-2114
 Facsimile: (510) 622-2121
7 *Attorneys for Defendant Terry Elm*

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11

12  FRED DOYLE HARDEN,                                    Case No. C10-04155 MEJ

13                              Plaintiff,                STIPULATION TO GOOD FAITH
                                                          SETTLEMENT BETWEEN PLAINTIFF
14                                                        FRED DOYLE HARDEN AND
                v.                                        DEFENDANT TERRY ELM;
15                                                        STIPULATION AND (Proposed) ORDER
                                                          OF DISMISSAL OF DEFENDANT TERRY
16  CITY OF CLAYTON; DAN LAWRENCE,                        ELM
    CHIEF OF POLICE OF THE CITY OF
17  CLAYTON; CLAYTON POLICE
    OFFICER R. ENEA; CLAYTON POLICE
18  SERGEANT CRAIN; CLAYTON POLICE
    SERGEANTS DOES ONE THROUGH
19  TEN; CLAYTON POLICE OFFICERS
    DOES ELEVEN THROUGH 20; TERRY
20  ELM; STATE OF CALIFORNIA
    DEPARTMENT OF JUSTICE
21  EMPLOYEES DOES TWENTY ONE
    THROUGH THIRTY,
22
                             Defendants.
23

24        THE PARTIES HEREBY STIPULATE to the settlement entered into between Plaintiff

25 Fred Doyle Harden and Defendant Terry Elm, as set forth in the Full and Final Release attached

26 hereto as Exhibit A.

27        THE PARTIES FURTHER STIPULATE that the settlement between Plaintiff Fred Doyle

28 Harden and Defendant Terry Elm is made in good faith pursuant to California Code of Civil

1

Procedure section 877.

THE PARTIES FURTHER STIPULATE that this action in its entirety be DISMISSED, with prejudice, as against Defendant Terry Elm.

SO STIPULATED.

Dated: _____

J. MICHAEL BROWN, Esq.
Attorney for Plaintiff Fred Doyle Harden

Dated:   5/10/12

WIL FONG, Deputy Attorney General
Attorney for Defendant Terry Elm

Dated: _____

NOAH G. BLECHMAN
Attorney for Defendant Terry Elm

**SO ORDERED.**

Dated: _____

HON. MARIA-ELENA JAMES
Chief United States Magistrate Judge

OK2011900131
10875813.doc

Procedure section 877.

THE PARTIES FURTHER STIPULATE that this action in its entirety be DISMISSED, with prejudice, as against Defendant Terry Elm.

SO STIPULATED.

Dated: April 19 2012

_____
J. MICHAEL BROWN, Esq.
Attorney for Plaintiff Fred Doyle Harden

Dated: _____

_____
WIL FONG, Deputy Attorney General
Attorney for Defendant Terry Elm

Dated: _____

_____
NOAH G. BLECHMAN
Attorney for Defendant Terry Elm

**SO ORDERED.**

Dated: May 11, 2012

_____
HON. MARIA-ELENA JAMES
Chief United States Magistrate Judge

OK2011900131
10875813.doc