UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| FRED DOYLE HARDEN,<br><br>   Plaintiff,<br>   v.<br>CITY OF CLAYTON, et al.,<br>   Defendants.<br>_____/ | No. C 10-4155 MEJ<br><br>**ORDER FOR PARTIES TO FILE JOINT STATEMENT OF UNDISPUTED FACTS** |

On June 21, 2012, Defendants filed a Motion for Summary Judgment. Dkt. No. 54. The parties are hereby ORDERED to file a joint statement of undisputed facts by July 6, 2012. Plaintiff's counsel shall be responsible for preparing and filing the joint statement, as well as organizing any necessary meet and confer sessions needed for the filing of said statement. Sanctions may be imposed for failure to comply with this order.

The parties are reminded that all chambers copies must include: (1) on each page the running header created by the ECF system, and (2) all exhibits with labeled tab dividers.

**IT IS SO ORDERED.**

Dated: June 27, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge