UNITED STATES  DISTRICT COURT

Northern District of California

FRED DOYLE HARDEN,                                No. C 10-4155 MEJ

           Plaintiff,            **FOURTH ORDER TO SHOW CAUSE**

  v.

CITY OF CLAYTON, et al.,

           Defendants.

_____/

On June 21, 2012, the Defendants in the above-captioned matter filed a motion for summary judgment, with a noticed hearing date of July 26, 2012.  Dkt. No. 54.  Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by July 5, 2012; however, Plaintiff failed to file an opposition.  Accordingly, the Court hereby VACATES the July 26 hearing and ORDERS Plaintiff Fred Doyle Harden to show cause why sanctions should not be imposed, including granting Defendants' motion, for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by July 17, 2012, and the Court shall conduct a hearing on July 26, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

This is the fourth order to show cause issued against Plaintiff in this case, and the Court previously warned him that he should be mindful that any future failure to comply with deadlines will likely result in the imposition of sanctions, including reimbursement of any expenses incurred by Defendants as a result of said failure.  *See* Dkt. No. 34.  Thus, unless good cause is established, Plaintiff is hereby advised that he will likely be responsible for any expenses incurred by Defendants, including the preparation of the July 9 Reply brief.

**IT IS SO ORDERED.**

Dated: July 10, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California